UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:26-CR-20-3D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JACK AMES II | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for September 14, 2026, in Raleigh. The case is hereby CONTINUED to November 2026 in Raleigh, North Carolina.

This 31 day of July 2026.

J. Dever
James C. Dever III
U.S. District Judge